IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CEDRIC SAYLOR, | § | |
| | § | No. 182, 2024 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID Nos. 2301009216 (N) |
| STATE OF DELAWARE, | § | 2102001459 (N) |
| | § | |
| Appellee. | § | |

Submitted: December 23, 2024
Decided: February 24, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## ORDER

After consideration of the no-merit brief and motion to withdraw filed by the appellant's counsel under Supreme Court Rule 26(c), the appellee's response, and the Superior Court record, it appears to the Court that:

(1) In March 2023, a Superior Court grand jury indicted the appellant, Cedric Saylor, for multiple sexual offenses arising out of the alleged sexual abuse of his biological daughters, J.S. and A.S. At trial, J.S. testified that Saylor sexually assaulted her on multiple occasions before her twelfth birthday, and A.S. testified that Saylor sexually assaulted her on one occasion before her thirteenth birthday. The jury found Saylor guilty of two counts of first-degree rape, one count of attempted first-degree rape, two counts of first-degree unlawful sexual contact, one

count of second-degree rape, one count of attempted second-degree rape, one count of first-degree sexual abuse by a person in a position of trust, two counts of second-degree sexual abuse by a person in a position of trust, and one count of continuous sexual abuse of a child. Following a presentence investigation and the State's application for enhanced sentencing under 11 *Del. C.* § 4205A,[1] the Superior Court sentenced Saylor to 142 years of incarceration. This is Saylor's direct appeal.

(2)     Saylor's counsel on appeal has filed a brief and a motion to withdraw under Rule 26(c). Counsel asserts that, after a complete and careful examination of the record, he can identify no arguably appealable issues. Saylor's attorney informed Saylor of the provisions of Rule 26(c) and provided him with a copy of the motion to withdraw and a draft of the accompanying brief. Counsel also informed Saylor of his right to supplement his attorney's presentation. Saylor has not raised any issues for the Court's consideration. The State of Delaware has responded to the position taken by Saylor's counsel and has moved to affirm the Superior Court's judgment.

(3)     The standard and scope of review applicable to the consideration of a motion to withdraw and an accompanying brief under Rule 26(c) is twofold. First, the Court must be satisfied that defense counsel has made a conscientious examination of the record and the law for claims that could be arguably be raised on

---

[1] 11 *Del. C.* § 4205A (requiring the Superior Court to impose a minimum sentence of 25 years for various sexual offenses if the victim is less than fourteen).

appeal.[2] Second, the Court must conduct its own review of the record and determine whether the appeal is so totally devoid of at least arguably appealable issues that it can be decided without an adversary presentation.[3]

(4)     The Court has reviewed the record carefully and has concluded that Saylor's appeal is wholly without merit and devoid of any arguably appealable issues. We also are satisfied that Saylor's counsel has made a conscientious effort to examine the record and the law and has properly determined that Saylor could not raise a meritorious claim in this appeal.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.  Counsel's motion to withdraw is moot.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice

---

[2] *Penson v. Ohio*, 488 U.S. 75, 83 (1988); *McCoy v. Court of Appeals of Wis.*, 486 U.S. 429, 442 (1988); *Anders v. California*, 386 U.S. 738, 744 (1967).
[3] *Penson*, 488 U.S. at 81-82.